■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEODIS KINSEY, Appellant.—Judgment unanimously affirmed for reasons stated in decision at Onondaga County Court, Burke, J. (Appeal from judgment of Onondaga County Court, Burke, J.—criminal possession of controlled substance, third degree.) Present—Dillon, P. J., Doerr, Green, Pine and Davis, JJ.